IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action Number 05-cv-00357-RPM

RMS MONTE CHRISTO LLC,
a Wyoming Limited Liability Company,

        Plaintiff,

v.

MARK R. SAWUSCH,

        Defendant.

_____

ORDER OF DISMISSAL
_____

Upon consideration of Plaintiff's Motion to Dismiss Without Prejudice, filed on July 6, 2005, it is

ORDERED that the Order to Show Cause issued on July 5, 2005, is discharged and it is

FURTHER ORDERED that the complaint is dismissed without prejudice.

DATED: July 7th, 2005.

        BY THE COURT:

        s/Richard P. Matsch
        _____
        Richard P. Matsch, Senior District Judge